UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JUSTIN CARRINO,
                Plaintiff,

v.

STEWART ECKERT, Superintendent,
                Defendant.
--------------------------------------------------------------x

**ORDER**

21 CV 5909 (VB)

Copies Mailed/Faxed 2/17/23
Chambers of Vincent L. Briccetti

       On February 15, 2023, the Court received petitioner's objection to the Report & Recommendation ("R&R") issued on January 31, 2023 (Doc. #15). The objection will be separately docketed. Petitioner's submission also includes an "Affidavit of Service" indicating it was given to prison authorities for mailing on February 8, 2023. Accordingly, the Court deems petitioner's objection to have been filed on February 8, 2023, pursuant to the "prison mailbox rule." Noble v. Kelly, 246 F.3d 93, 97 (2d Cir. 2001).

       To the extent respondent wishes to respond to petitioner's objection, his response shall be filed on or before **March 3, 2023**, i.e., fourteen days from the date of this order.

       Petitioner is reminded to send all future correspondence to the Pro Se Intake Unit at the following address:

United States District Court
Pro Se Intake Unit
300 Quarropas St.
White Plains, NY 10601

       The Court will not consider any future submission from petitioner mailed directly to Chambers.

       Chambers will mail a copy of this Order to petitioner at the address on the docket.

Dated: February 17, 2023
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge