**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JUSTIN CARRINO,

                Petitioner,                         21 **CIVIL** 5909 (VB)

      -against-                                **JUDGMENT**

STEWART ECKERT, Superintendent,

                Respondent.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 30, 2023, having carefully reviewed Judge Davison's thorough and well-reasoned R&R, petitioner's objections, and the underlying record, the Court finds no error, clear or otherwise, in the R&R. Accordingly, the Court has adopted the R&R as the opinion of the Court, and the petition for a writ of habeas corpus is DENIED. As petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253(c)(2); Love v. McCray, 413 F.3d 192, 195 (2d Cir. 2005). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:** New York, New York
         July 5, 2023

                                                        **RUBY J. KRAJICK**

                                                  _____
                                                            **Clerk of Court**

                           **BY:**       *K. Mango*

                                                             _____
                                                            **Deputy Clerk**